**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

INA STEPANOV,

        Plaintiff(s),

v.

U.S. BANK NATIONAL ASSOCIATION, et al.,

        Defendant(s).

2:22-cv-01094-JAD-VCF

**ORDER**

    Before the Court are plaintiff's motion to strike (ECF No. 7), motion for emergency hearing (ECF No. 9), motion for copy of court docket (ECF No. 11), motion to serve the summons (ECF No. 12), and letter from Ina Stepanov (ECF No. 13).

    Accordingly,

    IT IS HEREBY ORDERED that an in-person hearing on plaintiff's motion to strike (ECF No. 7), motion for emergency hearing (ECF No. 9), motion for copy of court docket (ECF No. 11), motion to serve the summons (ECF No. 12), and letter from Ina Stepanov (ECF No. 13), is scheduled for 10:00 am, December 8, 2022, in Courtroom 3D, third floor, United States District Court, Lloyd D. George Federal Courthouse, 333 Las Vegas Blvd. South Las Vegas, NV 89101.

    IT IS FURTHER ORDERED that plaintiff Ina Stepanov must attend the scheduled hearing.

    DATED this 15th day of November 2022.

                                                        _____

                                                        CAM FERENBACH
                                                        UNITED STATES MAGISTRATE JUDGE