# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

INA STEPANOV,

        Plaintiff(s),

v.

U.S. BANK NATIONAL ASSOCIATION, et al.,

        Defendant(s).

2:22-cv-01094-JAD-VCF

**ORDER**

Before the Court is plaintiff's motion to dismiss (ECF NO. 15).

Accordingly,

IT IS HEREBY ORDERED that plaintiff's motion to dismiss (ECF NO. 15) is added to the scheduled hearing on December 8, 2022 at 10:00 AM, in Courtroom 3D, third floor, United States District Court, Lloyd D. George Federal Courthouse, 333 Las Vegas Blvd. South Las Vegas, NV 89101.

IT IS FURTHER ORDERED that Ina Stepanov must attend the scheduled hearing. The filing of the motion to dismiss does not excuse her presence at the hearing.

DATED this 30th day of November 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE