1

2

3                    **UNITED STATES DISTRICT COURT**

4                          **DISTRICT OF NEVADA**

5                                  **\*\*\***

6

7    INA STEPANOV,

                    Plaintiff,

8                                                      2:22-cv-01094-JAD-VCF

     v.                                                **ORDER**

9    U.S. BANK NATIONAL ASSOCIATION, *et al.*,

10                  Defendants.

11   INA STEPANOV,                                      2:22-cv-01031-ART-BNW

12                  Plaintiff,                          **ORDER**

13   v.

14   THE STATE OF NEVADA, *et al.*,

                    Defendants.

15

16

17         Before the court in case no. 2:22-cv-1094-JAD-VCF are plaintiff's motion to strike (ECF No. 7),

18   motion for emergency hearing (ECF No. 9), motion for copy of court docket (ECF No. 11), motion to

19   serve the summons (ECF No. 12), letter from Ina Stepanov (ECF No. 13), the motion to dismiss (ECF

20   NO. 15), and Notice of Withdrawal of Case (ECF No. 17).

21   **Background:**

22         This case commenced on July 11, 2022, with the filing of a complaint (ECF No. 1) signed by Ms.

23   Stepanov on page 17 (copy attached as Ex. A)., cover sheet (Ex. B), 6 summonses (Ex. C), and Legal

24   Wings check No. 116308 in the amount of $402.00 payable to U.S. District Court (Ex. D).

25

The Clerk's office issued Summons to Clear Recon Corp, Jonathan R. Dalhaus, LHL Group, LLC, Mortgage Electronic Registration, Lisa Pitrelli, and US Bank Nation Association as trustee, with case no. 2:22-cv-1094-JAD-VCF (ECF No. 3).

On October 20, 2022, Ms. Stepanov filed certified mail receipts for the issued summons. (ECF NO. 5). Ms. Stepanov has filed along with the motions listed above, a document titled "Jurisdictional Challenge with Affidavit." (ECF No. 6). On October 25, 2022, Ms. Stepanov filed a document titled "re-open non-judicial wrongful foreclosure." (ECF NO. 8). On October 31, 2022, Ms. Stepanov filed a letter stating that she never filed in case no. 2:22-cv-01094-JAD-VCF, and wrote "I never had or I don't want to have this name of this case." (ECF NO. 13). On November 15, 2022, the court scheduled a hearing on the above referenced motions in case no. 2:22-cv-01094-JAD-VCF, and Ms. Stepanov was ordered to attend the scheduled hearing in person on December 8, 2022. (ECF No. 14). On November 29, 2022, Ms. Stepanov filed a 1-page motion to dismiss stating this is not her case. (ECF No. 15). On November 30, 2022, the court added the motion to dismiss to the scheduled hearing on December 8th and stated that the filing of the motion to dismiss does not excuse Ms. Stepanov's presence at the December 8th hearing. (ECF Nos. 15 & 16). On December 6, 2022, Ms. Stepanov filed a notice of withdraw of case and stated that she will not be attending the scheduled hearing on December 8th. (ECF No. 17).

In relevant part, Ms. Stepanov states,

". . . I didn't pay for this case

4. and I didn't file this case

5. and, I never file my documents in Federal Court Electronically, only in person

6. and, I, Ina Stepanov, I will not come to the Federal Court for the Hearing on December 8, 2022, at:10:00 AM."

**Findings:**

1. The complaint commencing this action, signed by Ina Stepanov, was manually filed with the court by Legal Wings. The courier service also submitted a civil cover sheet, proposed summonses and a filing fee check, no. 116308, in the amount of $402.

2. The memo on check no 116308 reads "R#0218/5598 – ROCKINGHAM – CASE # INA STEP." Based on this memo, we find that Legal Wings was acting for Ina Stepanov when it delivered to the Clerk's Office for filing ECF No. 1, with Legal Wings check No 116308.

3. There was a failure of communication between Ina Stepanov and Legal Wings, it being her intention that only the complaint in ECF No. 1 be filed (WITHOUT (1) a cover sheet, (2) proposed summonses and (3) a filing fee check) in her then pending case 2:22-cv-1031-ART-BNW. Ms. Stepanov did not intend to commence a new action.

**Decision:**

A hearing on the above referenced motions was held on December 8, 2022, before Magistrate Judge Cam Ferenbach. Ms. Stepanov failed to appear. Based on Ms. Stepanov's filings and non-appearance at the December 8, 2022 hearing, it is clear that she does not want to move forward with this case and would like to close this case. Ms. Stepanov wishes to proceed only in case no. 2:22-cv-1031-ART-BNW, which she is actively prosecuting.

Accordingly,

WE HEREBY ORDERED that case no. 2:22-cv-01094-JAD-VCF is ADMINISTRATIVELY CLOSED.

WE FURTHER ORDERED that plaintiff's motion to strike (ECF No. 7), motion for emergency hearing (ECF No. 9), motion for copy of court docket (ECF No. 11), motion to serve the summons (ECF No. 12), letter from Ina Stepanov (ECF No. 13), and the motion to dismiss (ECF NO. 15), are DENIED as moot.

We direct the Clerk of Court to apply the $402 filing fee in case 2:22-cv-01094-JAD-VCF to case no. 2:22-cv-1031-ART-BNW.

We also direct the Clerk of Court to file a copy of the complaint (ECF No. 1-1) commencing case 2:22-cv-01094-JAD on the docket of case 2:22-cv-1031-ART-BNW, together with a copy of the receipt (ECF No. 1-3).

DATED this 8th day of November 2022.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

DATED this 8th day of November 2022.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

4

# EXHIBIT A

# EXHIBIT A

3. For an order of restitution on behalf of Plaintiffs;

4. For a return of the stolen property known as 10601 Salmon Leap Street Las Vegas, NV. A Property as plead herein was stolen through an unlawful foreclosure and transferred by defendants thereafter in an attempt to conceal their actions;

5. That Plaintiff recover from Defendants pre-judgment interested as may be determined by statute and rule;

6. That this Court grant such other and further relief as it deems just and proper.

Respectfully Submitted,

*Ina Stepanov*

Ina Stepanov, In Pro Se
Email: stepanovina@yahoo.com
Phone: (702) 336-7040

### DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), Plaintiffs hereby demand a trial by jury to the fullest extent permitted by law.

# EXHIBIT B

# EXHIBIT B

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

2:22-cv-01094-JAD-VCF

JUL ___ 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## I. (a) PLAINTIFFS

INA STEPANOV

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

10607 SALMON LEAP STREET
LAS VEGAS, NV 89183 (702)

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | | |
|---|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☒ 3 | Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☐ 4 | Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other<br><br>**LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**INTELLECTUAL PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated New Drug Application<br>☒ 840 Trademark<br>☐ 880 Defend Trade Secrets Act of 2016<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit (15 USC 1681 or 1692)<br>☐ 485 Telephone Consumer Protection Act<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☒ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | **FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1332

Brief description of cause:
Wrongful Foreclosure

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:

JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# EXHIBIT C

# EXHIBIT C

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | |
|---|---|
| INA STEPANOV | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 22 CV 1094 |
| U.S. BANK NATIONAL ASSOCIATION,<br>AS TRUSTEE FOR GSAA HOME<br>EQUITYTRUST 2006-9, ASSET BACKED<br>CERTIFICATES, SERIES 2006-9; CLEAR<br>RECON CORP; LHL GROUP, LLC; | )<br>)<br>)<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> U.S. BANK NATION ASSOCIATION AS TRUSTEE FOR GSAA HOME EQUITY
> TRUST 2006-9, ASSET BACKED CERTIFICATE SERIES 2006-9
> EP-MN-01PR
> 1200 ENERGY PARK DRIVE
> ST. PAUL, MN 55108

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> VIA EMAIL: STEPANOVINA@YAHOO.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**Lucio Ortiz-Esparza**

Date: 07/4/2022

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                              *Server's signature*

                                              _____
                                                              *Printed name and title*

                                              _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada    🔽

| | | |
|---|---|---|
| INA STEPANOV | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 2 2CV I O 9 4 |
| U.S. BANK NATIONAL ASSOCIATION, | ) | |
| AS TRUSTEE FOR GSAA HOME | ) | |
| EQUITYTRUST 2006-9, ASSET BACKED | ) | |
| CERTIFICATES, SERIES 2006-9; CLEAR | ) | |
| RECON CORP; LHL GROUP, LLC; | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   JONATHAN R. DALHAUS
2509 LOCKERBIE STREET
HENDERSON, NV 89044

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

VIA EMAIL: STEPANOVINA@YAHOO.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

**Lucio Ortiz-Esparza**

Date: 0 7 | 11 | 202 7

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _ __ _____                    _____
                                                                *Server's signature*

                                                _____
                                                                *Printed name and title*


                                                _____
                                                                *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada    ▾

|  |  |
|---|---|
| INA STEPANOV | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| U.S. BANK NATIONAL ASSOCIATION, | ) |
| AS TRUSTEE FOR GSAA HOME | ) |
| EQUITYTRUST 2006-9, ASSET BACKED | ) |
| CERTIFICATES, SERIES 2006-9; CLEAR | ) |
| RECON CORP; LHL GROUP, LLC: | ) |
| _Defendant(s)_ | ) |

Civil Action No. 22 CV 1094

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ MORTGAGE ELECTRONIC REGISTRATION SYTEMS "MERS"
1901 E. VOORHEES STREET
SUITE C
DANVILLE, IL 48501-2026

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

VIA EMAIL: STEPANOVINA@YAHOO.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

**Lucio Ortiz-Esparza**

Date: 07/11/2022

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                                    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                                          *Server's signature*

                                                    _____
                                                                          *Printed name and title*

                                                    _____
                                                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
District of Nevada ☑

| | |
|---|---|
| INA STEPANOV | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 22cv1094 |
| U.S. BANK NATIONAL ASSOCIATION, | ) |
| AS TRUSTEE FOR GSAA HOME | ) |
| EQUITYTRUST 2006-9, ASSET BACKED | ) |
| CERTIFICATES, SERIES 2006-9; CLEAR | ) |
| RECON CORP: LHL GROUP, LLC: | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LHL GROUP, LLC
6315 W MESA VISTA
LAS VEGAS, NV 89118

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

VIA EMAIL: STEPANOVINA@YAHOO.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

**Lucio Ortiz-Esparza**

Date: 07/11/2022          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ _____ _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada    ▾

INA STEPANOV

)
)
)
)
*Plaintiff(s)*

)
)
v.

)
)
U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR GSAA HOME
EQUITYTRUST 2006-9, ASSET BACKED
CERTIFICATES, SERIES 2006-9; CLEAR
RECON CORP; LHL GROUP, LLC;
*Defendant(s)*

)
)
)
)
)
)
)

Civil Action No. 22CV1094

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    CLEAR RECON CORP
4375 JUTLAND DRIVE #200
SAN DIEGO, CA 92117

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

VIA EMAIL: STEPANOVINA@YAHOO.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Lucio Ortiz-Esparza

Date:  07/11/2022 _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____                     _____
                                                            *Server's signature*

                                                    _____
                                                            *Printed name and title*

                                                    _____
                                                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada ▾

| | | |
|---|---|---|
| INA STEPANOV | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 22CV1094 |
| U.S. BANK NATIONAL ASSOCIATION, | ) | |
| AS TRUSTEE FOR GSAA HOME | ) | |
| EQUITYTRUST 2006-9, ASSET BACKED | ) | |
| CERTIFICATES, SERIES 2006-9; CLEAR | ) | |
| RECON CORP; LHL GROUP, LLC; | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   LISA M. PITRELLI
2509 LOCKERBIE STREET
HENDERSON, NV 89044

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

VIA EMAIL: STEPANOVINA@YAHOO.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Lucio Ortiz-Esparza

Date: 07/11/2022                    _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____           _____
                                          *Server's signature*

                                          _____
                                          *Printed name and title*

                                          _____
                                          *Server's address*

Additional information regarding attempted service, etc:

# EXHIBIT D

# EXHIBIT D

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM.

**Legal Wings**

GENERAL ACCOUNT
1118 FREMONT ST.
LAS VEGAS, NV 89101
(702) 384-0015

NEVADA STATE BANK
94-77/1224

116308

7/11/2022

PAY TO THE
ORDER OF    U.S. District Court

$ **402.00

Four Hundred Two and 00/100************************************************************************************************

DOLLARS

U.S. District Court

ID VALID VALI
ID VALID VALI
ID VALID VALI
ID VALID VALI
ID VALID VALI

MEMO    R#0218/5598 - ROCKINGHAM - CASE # INA STEP

AUTHORIZED SIGNATURE                    MP

Details on Back      Security Features Included

⑈116308⑈ ⑆122400779⑆082 2000934⑈

1910